[Merrimack, June, 1882.]

ELA v. ELA.

LIBEL, for divorce. At the trial term the facts were found, a divorce was decreed, and the defendant excepted.

*S. C. Eastman* and *J. Y. Mugridge*, for the plaintiff.

*S. Dana* and *C. P. Sanborn*, for the defendant.

STANLEY, J. There was evidence for the plaintiff on the questions of fact, and no error of law appears.

*Exceptions overruled.*

ALLEN, J., did not sit: the others concurred.